FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
<u>ALEXANDRIA</u> DIVISION

2011 NOV 15 P 2: 26

CLERK ... ... ...T COURT
ALEXANDRIA, VIRGINIA

<u>FEMINA PHARMA INC.,</u>

vs. Civil/Criminal Action No. <u>1:11 cv 1248-AJT/TCB</u>

<u>MERCK & CO., INC. ET AL.</u>

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____

_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____

_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
<u>FEMINA PHARMA INC.</u>

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

#34365

<u>11\15\11</u>
Date

Signature of Attorney or Litigant
Counsel for <u>FEMINA PHARMA INC.</u>

Rev. 7/14/04