IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| FEMINA PHARMA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 1:11-CV-1248 |
| v. | ) |
| | ) |
| MERCK & CO., INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

THIS MATTER is before the Court *sua sponte*. It is hereby

ORDERED that the Court will recuse itself from further proceedings in this matter to avoid the appearance of impropriety.

The Clerk is directed to reassign this case to another judge and to forward a copy of this Order to counsel of record.

ENTERED this 29th day of November, 2011.

Alexandria, Virginia
11 /29/ 2011

/s/
Gerald Bruce Lee
United States District Judge