IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
MAR - 5 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| FEMINA PHARMA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:11-cv-1248 |
| ) | |
| MERCK & CO., INC., SCHERING ) | |
| PLOUGH CORP., ORGANON USA, ) | |
| INC., CVS PHARMACY, INC., ) | |
| WAL-MART STORES, INC., and ) | |
| WALGREEN CO. ) | |
| ) | |
| Defendants. ) | |

## ORDER

THIS MATTER comes before the Court on Plaintiff's Motion to Lift Stay Pursuant to 28 U.S.C. § 1659. Having considered the Plaintiff's Motion and any response thereto, it is hereby

ORDERED that Plaintiff's Motion to Lift Stay is GRANTED, and Defendants shall have thirty (30) days from the entry of this Order to answer or otherwise respond to the Amended Complaint.

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
March 5, 2012