IN THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



| | |
|---|---|
| FEMINA PHARMA INC. | |
| Plaintiff, | |
| v. | CASE No.<br>1:11-cv-01248-CMH-TCB |
| MERCK & CO., INC.,<br>SCHERING PLOUGH CORP.,<br>ORGANON USA, INC.<br>CVS PHARMACY, INC.,<br>WAL-MART STORES, INC.,<br>AND WALGREEN CO. | |
| Defendants. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## AS TO ALL DEFENDANTS

Femina Pharma, Inc., pursuant to Rule 41(a) of the Federal Rules of Civil Procedure makes and files its Notice of Voluntary Dismissal Without Prejudice as to All Defendants. Femina Pharma, Inc., hereby gives notice to the Court of Femina's voluntary dismissal of Merck & Co., Schering Plough Corp., Organon USA, Inc., CVS Pharmacy, Inc., Wal-Mart Stores Inc., and Walgreen Co. None of the defendants have file and answer. None of the defendants have filed a motion for summary judgment. Therefore, under Federal Rule of Civil Procedure 41, this notice is effective to dismiss Femina Pharma. Inc.'s claims against Merck & Co., Schering Plough Corp., Organon USA, Inc., CVS Pharmacy, Inc., Wal-Mart Stores Inc., and Walgreen Co. without prejudice.

Respectfully Submitted,

Date: March 27, 2012

__/s/__ John R Fuisz_____
John R Fuisz
Virginia State Bar Number 34365
THE FUISZ-KUNDU GROUP LLP
1455 Pennsylvania Ave., NW
Suite 400
Washington, DC 20004
T. 202.621.1889
F. 202.652.2309
E. jfuisz@fuiszkundu.com

*Attorney for*
*Plaintiff Femina Pharma, Inc.*

So Ordered

_____/s/_____
Claude M. Hilton
United States District Judge

Apr. 2, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

J. Courtney Mcdonald
Virginia State Bar Number 77014
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone (212) 841-1078
Facsimile: (646) 441-9078
cmacdonald@cov.com

*Counsel for Defendants Merck & Co., Inc.,
Schering Plough Corp., Organon USA, Inc.,
CVS Pharmacy, Inc., Wal-Mart Stores, Inc.,
And Walgreen Co.*

Dated: March 27, 2012

__/s/ John R Fuisz_____
John R. Fuisz
Virginia State Bar Number 34365
THE FUISZ-KUNDU GROUP LLP
1455 Pennsylvania Avenue, N.W.,
Suite 400
Washington, D.C. 20004
Tel: (202) 621-1889
Fax: (202) 652-2309
jfuisz@fuiszkundu.com

*Attorney for
Plaintiff Femina Pharma, Inc.*